

# Detail by Entity Name

**Florida Profit Corporation**
CENTURY INTERNATIONAL ARMS CORPORATION

**Filing Information**

| | |
|---|---|
| Document Number | P93000059829 |
| FEI/EIN Number | 65-0433367 |
| Date Filed | 08/26/1993 |
| Effective Date | 08/25/1993 |
| State | FL |
| Status | ACTIVE |

**Principal Address**

430 S CONGRESS AVENUE
SUITE ONE
DELRAY BEACH, FL 33445

Changed: 02/11/2008

**Mailing Address**

430 S CONGRESS AVENUE
SUITE ONE
DELRAY BEACH, FL 33445

Changed: 02/11/2008

**Registered Agent Name & Address**

SUCHER, MICHAEL
430 S CONGRESS AVENUE
SUITE ONE
DELRAY BEACH, FL 33445

Name Changed: 04/02/1997

Address Changed: 02/11/2008

**Officer/Director Detail**

**Name & Address**

Title Director, President

Copyright © and Privacy Policies
State of Florida, Department of State

EXHIBIT
A

430 S CONGRESS AVENUE, SUITE ONE
DELRAY BEACH, FL 33445

Title Director, Secretary, VP

SUCHER, BRIAN
430 S CONGRESS AVENUE, SUITE ONE
DELRAY BEACH, FL 33445

Title Director, VP

SUCHER, ANNA
430 S CONGRESS AVENUE SUITE ONE
DELRAY BEACH, FL 33445

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 04/26/2013 |
| 2014 | 03/07/2014 |
| 2015 | 03/05/2015 |

## Document Images

| | |
|---|---|
| 03/05/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/14/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2006 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2005 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/29/2003 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2001 -- ANNUAL REPORT | View image in PDF format |
| 07/17/2000 -- ANNUAL REPORT | View image in PDF format |
| 06/10/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/06/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/02/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |