

# Detail by Entity Name

**Foreign Profit Corporation**

CENTURY ARMS OF VERMONT, INC.

**Cross Reference Name**

CENTURY ARMS, INC.

**Filing Information**

| | |
|---|---|
| Document Number | F94000000570 |
| FEI/EIN Number | 03-0212129 |
| Date Filed | 02/01/1994 |
| State | VT |
| Status | ACTIVE |

**Principal Address**

430 S. CONGRESS AVENUE
SUITE ONE
DELRAY BEACH, FL 33445

Changed: 02/11/2008

**Mailing Address**

430 S. CONGRESS AVENUE
SUITE ONE
DELRAY BEACH, FL 33445

Changed: 02/11/2008

**Registered Agent Name & Address**

SUCHER, MICHAEL
430 S. CONGRESS AVENUE
SUITE ONE
DELRAY BEACH, FL 33445

Name Changed: 04/02/1997

Address Changed: 02/11/2008

**Officer/Director Detail**

**Name & Address**

Copyright © and Privacy Policies
State of Florida, Department of State

EXHIBIT
B

SUCHER, MICHAEL
430 S. CONGRESS AVENUE SUITE ONE
DELRAY BEACH, FL 33445

Title DTS, VP

SUCHER, BRIAN
430 S. CONGRESS AVENUE SUITE ONE
DELRAY BEACH, FL 33445

Title D, VP

SUCHER, ANNA
430 S. CONGRESS AVENUE SUITE ONE
DELRAY BEACH, FL 33445

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 04/26/2013 |
| 2014 | 03/07/2014 |
| 2015 | 03/05/2015 |

## Document Images

| | |
|---|---|
| 03/05/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2006 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2005 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/29/2003 -- ANNUAL REPORT | View image in PDF format |
| 02/07/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/04/2001 -- ANNUAL REPORT | View image in PDF format |
| 07/17/2000 -- ANNUAL REPORT | View image in PDF format |
| 06/10/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/06/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/02/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |

| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |