

**FLORIDA DEPARTMENT OF STATE**
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

# Detail by Entity Name

## Foreign Profit Corporation

CENTURY INTERNATIONAL ARMS OF VERMONT, INC.

## Cross Reference Name

CENTURY INTERNATIONAL ARMS, INC.

## Filing Information

**Document Number**   F94000000563
**FEI/EIN Number**    03-0294946
**Date Filed**        02/04/1994
**State**             VT
**Status**            ACTIVE

## Principal Address

430 S. CONGRESS AVENUE
SUITE ONE
DELRAY BEACH, FL 33445

Changed: 02/11/2008

## Mailing Address

430 S. CONGRESS AVENUE
SUITE ONE
DELRAY BEACH, FL 33445

Changed: 02/11/2008

## Registered Agent Name & Address

SUCHER, MICHAEL
430 S CONGRESS AVENUE
SUITE ONE
DELRAY BEACH, FL 33445

Name Changed: 04/02/1997

Address Changed: 02/11/2008

## Officer/Director Detail

**Name & Address**

Copyright © and Privacy Policies
State of Florida, Department of State

**EXHIBIT**

**C**

SUCHER, MICHAEL
430 S. CONGRESS AVE SUITE ONE
DELRAY BEACH, FL 33445

Title DSTVP

SUCHER, BRIAN
430 S. CONGRESS AVE SUITE ONE
DELRAY BEACH, FL 33445

Title D, VP

SUCHER, ANNA
430 S. CONGRESS AVENUE SUITE ONE
DELRAY BEACH, FL 33445

## Annual Reports

| Report Year | Filed Date |
|-------------|------------|
| 2013 | 04/26/2013 |
| 2014 | 03/07/2014 |
| 2015 | 03/05/2015 |

## Document Images

| | |
|---|---|
| 03/05/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/07/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/16/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/15/2010 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2008 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2007 -- ANNUAL REPORT | View image in PDF format |
| 03/22/2006 -- ANNUAL REPORT | View image in PDF format |
| 03/17/2005 -- ANNUAL REPORT | View image in PDF format |
| 01/28/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/29/2003 -- ANNUAL REPORT | View image in PDF format |
| 02/06/2002 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2001 -- ANNUAL REPORT | View image in PDF format |
| 07/17/2000 -- ANNUAL REPORT | View image in PDF format |
| 06/10/1999 -- ANNUAL REPORT | View image in PDF format |
| 05/06/1998 -- ANNUAL REPORT | View image in PDF format |
| 04/02/1997 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1996 -- ANNUAL REPORT | View image in PDF format |

05/01/1995 -- ANNUAL REPORT | View image in PDF format