# *Owner's Manual*
# 1960 Semi-Auto Rifle w/ Wood Stock & Milled Receiver

## Cal. 7.62x39mm



**EXHIBIT**

**D**
_____

exhibitsticker.com

Congratulations on your purchase of a Polish 1960 Semi-Auto Rifle. With proper care, maintenance and handling, it will give you long, reliable service.

We specifically disclaim any responsibility for damage or injury whatsoever, occurring as a result of the use of faulty, non-standard or remanufactured ammunition, any modifications or changes made to the firearm; improper use or unsafe handling of the firearm.

**FIREARMS SAFETY IS THE SOLE RESPONSIBILITY OF THE SHOOTER. ALWAYS TREAT ALL FIREARMS AS IF THEY WERE LOADED AT ALL TIMES!**



**IMPORTANT!**
READ ALL INSTRUCTIONS AND WARNINGS IN THIS BOOKLET BEFORE USING THIS FIREARM.

© 2011 Century International Arms, Inc. All rights reserved.

## IMPORTANT SAFETY MESSAGE



Children are attracted to and can operate firearms which can cause severe injuries or death. Prevent child access by always keeping guns locked away and unloaded when not in use. If you keep a loaded firearm where a child obtains and improperly uses it, you may be fined or sent to prison.

## Firearm Safety Depends on You

A gun is only as safe as the person operating it. You can never be overly careful when handling a firearm. Carelessness is often the cause of shooting accidents, such as failing to keep the muzzle pointed in a safe direction, not being sure of your target and what is behind it, failing to properly engage the safety, leaving ammunition in the chamber or using improper loads. Since a bullet can never be called back once fired, such errors in gun handling can result in the loss of life, severe injury or property damage. Thus, it is crucial for your safety and the safety of those around you that you learn the principles of safe gun handling and storage before you begin to use your new firearm. Be a safe shooter - please read this instruction book thoroughly even if this is not your first firearm purchase as not all firearms are the same. The first step in being a safe shooter is to learn the rules for the safe operation and handling of firearms. **There is nothing more important in gun handling than safety.**

## THE TEN COMMANDMENTS OF FIREARM SAFETY

The Ten Commandments of Firearm Safety must be etched into your memory before you begin to handle firearms. These rules are intended to be followed by all persons handling firearms in the field, on the range or at home. Please read, review and understand these rules before you begin to use or even take your new firearm out of its box. Remember, firearms safety depends on you! Memorizing these safety rules will help prevent gun accidents. Please study these safety rules before handling your firearm.



### Commandment #1
**Always Keep the Muzzle Pointed in a Safe Direction**
This is the most basic and most important safety rule. A safe direction is one in which an accidental discharge will not cause injury to yourself, to others or property damage. This is particularly important when loading or unloading your firearm. Never point your gun at anything you do not intend to shoot. Treat every gun as if it were loaded at all times.



### Commandment #2
**Firearms Should Be Unloaded When Not Actually in Use**
**Firearms should only be loaded when you are in the field or on the target range or shooting area, ready to shoot.** When not in use, firearms and ammunition should be secured in a safe place, separate from each other. Remember to unload your firearm completely so that there is no ammunition in the chamber or magazine. Before handling this or any firearm, or handing it to someone else, visually check the chamber and magazine to ensure they do not contain ammunition. Always keep the gun's action open when not in use. Never assume a gun is unloaded - even if you were the last person to use it. Never cross a fence, climb a tree, wade through a stream or perform any awkward movement with a loaded gun. When in doubt, unload your gun! Never pull or push a loaded firearm

toward yourself or another person. Never carry a loaded gun in a scabbard, holster not being worn or a gun case - common sense prevails in gun safety!



### Commandment #3
**Don't Completely Rely on Your Gun's Safety**
**Treat every gun as though it could fire at any time, even if you are not applying pressure to the trigger.** The "safety" on a firearm is a mechanical device which, like any such device, can become inoperable at the worst possible time and fail to function. By mistake, you may think the safety is "ON" when it actually is not. Or you may think your gun is unloaded when there is actually a round of ammunition in it. The safety serves as a supplement to proper gun handling but cannot serve as a substitute for common sense. Never handle a gun carelessly and assume that the gun won't fire just because "the safety is on." Never touch the firearm's trigger until you are ready to shoot. Keep your fingers away from the trigger when loading or unloading. Never pull the trigger when the safety is engaged or when the safety is positioned between the "SAFE" and "FIRE" positions. Never place your finger on the trigger unless you intend to fire.

## Alcohol, Drugs and Guns Don't Mix. Make No Mistake About It!
Never handle firearms after consuming alcohol or taking drugs that can affect your judgment. Shoot sober! Alcohol, certain kinds of drugs and firearms don't mix. Safe firearms handling requires alertness and concentration on one's actions. You cannot handle a firearm safely after consuming alcohol. Never consume anything that can impair your judgment or physical coordination when handling a firearm.



### Commandment #4
**Be Sure of Your Target - And What Is Beyond It!**
**Once fired, a bullet (or shot charge) can never be called back; so before you shoot, know where the bullet is going and what it will strike.** Be certain your shot will not injure someone or strike something beyond the target. Never fire in the direction of noise, a movement or at any object you cannot positively identify. Be aware that a .22 Short bullet can travel over 1 ¼ miles. A centerfire cartridge, such as the .30-06, can send its bullet over 3 miles. Shotgun pellets can travel 500 yards and a shotgun slug has a range of over a half mile. Make sure your shot has a safe backstop such as a hillside. Keep in mind how far the bullet will travel if it misses your intended target. Once fired, a bullet can never be called back. You are responsible for your actions and judgment.



### Commandment #5
**Use the Correct Ammunition**
**Every firearm is designed to use a certain caliber or gauge of ammunition. It is important that you use the correct ammunition for your firearm.** Information on the correct ammunition to use with your firearm appears in the firearm's instruction manual and the manufacturer's markings on the firearm itself. Use of the wrong ammunition, improperly reloaded ammunition or corroded ammunition can result in the destruction of the firearm, serious personal injury and/or death. Form the habit of examining every round of ammunition before you put it into your gun to ensure it is of the proper gauge or caliber and that it is in good condition.



### Commandment #6
**If Your Gun Fails to Fire When the Trigger Is Pulled, Handle With Care**
**If a cartridge or shell does not fire when the trigger is pulled, follow Commandment #1 and keep the firearm's muzzle pointed in a safe direction.** Keep the muzzle down range with the action closed and wait at least 30 seconds (to ensure that the ammunition is not delayed in firing) before carefully opening the action, unloading the firearm and safely disposing of the ammunition.



### Commandment #7
**Always Wear Eye and Ear Protection When Shooting**
**Exposure to shooting noise can permanently damage hearing. Flying debris, such as powder residue and ejected cartridge cases, can injure your eyes.** Thus, it is only common sense to wear both eye protection (such as shooting glasses) and ear protection (such as a sound-muffling headset) whenever shooting. Also, wear eye protection when cleaning or disassembling your gun to ensure that cleaning solvent and tensioned parts (such as springs) do not come into contact with your eyes.



### Commandment #8
**Be Sure the Barrel Is Clear of Obstructions Before Shooting**
**Discharging a firearm with an obstruction in the barrel can result in personal injury, property damage and/or death.** Before you load your firearm, check the chamber and magazine to ascertain that no ammunition is inside. Also, check the inside of the barrel (called the "bore") to ensure it is free of obstructions. Even a small amount of mud, snow or excess lubricating oil or grease in the bore can cause excessive pressures resulting in a bulged or burst barrel which can injure or kill the shooter and bystanders. It is a good idea to make a habit of cleaning the bore and checking for obstructions with a cleaning rod just before each shooting session. If the noise or recoil experienced upon firing seems low or weak, or something doesn't feel "right," cease firing immediately and check to make sure that there is no obstruction in the barrel. Placing an undersized shell or cartridge into a gun (such as a 20 gauge shell in a shotgun chambered for 12 gauge ammunition) can result in the smaller round of ammunition falling into the barrel and acting as an obstruction. When a round is subsequently fired, the barrel may burst, causing injury to the shooter and bystanders. For reference, re-read Commandment #5.



### Commandment #9
**Do Not Alter or Modify Your Gun and Have It Serviced Regularly**
Firearms are complex mechanisms that are designed to function properly in their original condition. Any alterations or changes made to a firearm after its manufacture can make the gun unsafe and will void its warranty. Do not jeopardize your safety or the safety of others by altering the trigger, mechanical safety or other mechanisms of your firearm. You should have your firearm periodically checked for proper functioning and serviced by a qualified gunsmith.



### Commandment #10
**Learn the Mechanical and Handling Characteristics of Your Firearm**
Not all firearms operate the same way. The method of carrying, handling and operating firearms varies with the mechanical characteristics of each gun. Thus, you

should never handle any firearm until you become familiar with the safe handling, loading, unloading and carrying procedures for that particular firearm, as well as the rules for safe gun handling in general.



### LEAD WARNING!
Discharging firearms in poorly ventilated areas, cleaning firearms or handling ammunition may result in exposure to lead and other substances known to cause birth defects, reproductive harm and other serious injuries. Have adequate ventilation at all times when shooting. Wash hands thoroughly after exposure.

## Basics of Safe Gun Handling

1. Always keep the muzzle pointed in a safe direction.
2. Firearms should be unloaded when not actually in use.
3. Don't completely rely on your gun's safety.
4. Be sure of your target and what is beyond it.
5. Use the correct ammunition for your firearm.
6. If your gun fails to fire when the trigger is pulled, handle with care.
7. Always wear eye and ear protection when shooting and cleaning.
8. Be sure the barrel is clear of obstructions before shooting.
9. Don't alter or modify your firearm and have your firearm(s) serviced regularly.
10. Learn the mechanics and handling characteristics of the firearm you are using.

**Safe gun handling depends on you! A safe shooter is a knowledgeable shooter.**



### IMPORTANT SAFETY NOTICE
The Polish 1960 Semi-Auto Rifle is manufactured from surplus and new firearm parts. As with all surplus products made from used parts, it should be carefully inspected before use, preferably by a competent gunsmith! This is to ensure your safety and the safety of those around you.

## Polish 1960 Semi-Auto Rifle Background
The original was made using a high quality milled receiver and was one of the first rifles produced in Poland for their army after WWII. Our version features a new semi-automatic American made milled receiver machined from solid steel, with a new American made barrel as well. This rifle accepts standard AK box magazines as well as early AK 47 bayonets.

## Operational Characteristics
The AK functions much like other semi-automatic rifles in that once a loaded magazine is inserted and the bolt cocked, the operator needs only to pull the trigger and the mechanism fires a round, ejects the empty cartridge case and feeds another fresh round into the chamber.

## Specifications
Caliber: 7.62x39mm
Type of Firearm: Semi-Automatic
Capacity: 30 rounds (may be lower in some jurisdictions due to local or state laws)
Barrel Length: 16.25 inches with a 1:10 twist
Finish: Parkerized
Forearm/Handguard: Wood
Pistol Grip: Synthetic
Stock: Wood
Sights: Iron with rear - Adjustable for distance; Front - Post adjustable
Overall Length: 35 inches
Weight: 8.5 pounds (unloaded)

*Illustration #1*



*Illustration #2*



## Adjusting the sights

To adjust the front sight for elevation, turn the front sight post clockwise to move the strike of the bullet up counter-clockwise to move strike of bullet down. To adjust for windage, drift the front sight post. (See Illustration #1.) For example, if the strike of the bullet is to the left of the aiming point, the front sight should be moved to the left; if to the right, drift the front post to the right. The rear sight is adjustable for distance once sighted. (See Illustration #2.)

*Illustration #3*
**Diagram showing major operational parts of the Polish 1960 Semi-Auto Rifle**
*Study of this picture will aid you in understanding the instructions in this booklet.*



1. Buttstock
2. Receiver cover retainer button
3. Safety lever
4. Receiver
5. Charging handle
6. Rear sight
7. Gas tube lock arm
8. Barrel
9. Front sight
10. Compensator
11. Forearm & handguard
12. Magazine
13. Magazine release lever
14. Trigger
15. Pistol grip



**WARNING!** Always ensure that the ammunition you are using is clean, undamaged and of the proper caliber before loading your firearm. The manufacturer and distributor of this firearm disclaim any liability for the use of remanufactured, reloaded or hand-loaded ammunition. Protect your investment in this fine firearm by using only factory fresh, quality ammunition. The use of improper caliber or low quality ammunition could result in injury, death and/or property damage upon firing. Remember, firearms safety depends on you!

**WARNING!** To minimize the risk of personal injury, death or property damage, magazine loading should only be done when you are about to shoot.

**WARNING!** Before loading, make sure the inside of the barrel is free of dirt or other obstructions.

**WARNING!** Always check each cartridge to ensure it is of the correct caliber before loading the firearm.

**WARNING!** Keep fingers away from the trigger while loading.

**WARNING!** Keep muzzle pointed in a safe direction.

**WARNING!** The safety lever should not extend below the safety lever stop on the bottom of the receiver or rise past the receiver cover. If it does, put the lever in the "SAFE" position by rotating it either up or down into the "SAFE" position. If this occurs, have the rifle inspected by a competent gunsmith before further use.

## To Load the Magazine
1. Place the rifle's safety lever in the uppermost position on the receiver. You should hear an audible "click" when the lever is in place. This is the lever's "SAFE" position. (See Illustration #5.)
2. If the magazine is installed in the rifle, press the magazine release lever (located on the bottom of the trigger guard) forward and pull the magazine from the rifle. (See Illustration #10.)
3. Place a round of ammunition of the proper caliber (7.62x39mm) between the lips of the magazine with the bullet forward.
4. Press the round down until it is held by the magazine's lips. (See Illustration #4.)
5. Place the next round on top of the previous round and continue in this manner until the desired number of rounds are loaded (30 rounds maximum depending on jurisdiction).

*Illustration #4*



## To Load the Rifle
1. Place the safety lever in the "SAFE" position. The safety lever is in the "SAFE" position when it is moved to its uppermost (top) position on the receiver. You should hear an audible "click" when it is correctly in place. (See Illustration #5.) When the safety lever is in the lower position, the rifle is set for semi-automatic "FIRE." (Lower position is stamped with the letters F. See Illustration #6.) Pulling the trigger when the safety lever is in any position other than "SAFE" will result in the rifle firing a round. To avoid serious injury, death or causing property damage, make sure you know the "SAFE" and "FIRE" positions of the safety lever before attempting to load your rifle!

*Illustration #5*



**Safety lever in upper "SAFE" position. The lever will be above or covering the stamped letter "S" on the receiver.**

*Illustration #6*



**Safety lever in lower semi-automatic "FIRE" position. Pulling the trigger when the safety lever is in the lower position will result in the rifle firing if there is a round in the chamber! Exercise extreme caution when handling the rifle in this condition.**

2. Install the loaded magazine by tilting it rearward then inserting the front catch surface into the receiver so that it latches on the magazine catch surface on the front wall of the magazine well. Next, rotate the bottom of the magazine rearward until the magazine release lever locks onto the rear locking surface of the magazine. Pull on the magazine lightly to ensure it is securely locked into position. (See Illustration #7.)

*Illustration #7*



*Illustration #8*



**Work the operating handle as shown to remove the round that is in chamber.**

3. Keeping the muzzle pointed in a safe direction, move the safety lever downward to the "F" or "FIRE" position. (See illustration #6.)
4. With finger off the trigger, pull back the operating handle to its fully-rearward position and release. As it moves rapidly forward under spring pressure, the bolt will strip a round from the magazine and insert it into the chamber of the barrel, readying the rifle for firing. (See Illustration #8.) Place safety lever to the "SAFE" (horizontal) position. (See Illustration #5.)



**WARNING!** The rifle is now loaded with a round in the chamber and the hammer is cocked. Handle with care!

**WARNING!** The rifle is now loaded and will fire if the safety lever is moved to the "FIRE" position and the trigger is pulled! Handle with extreme caution and keep the muzzle (the end of the barrel) pointed in a safe direction!

5. To unload the rifle, remove the magazine from the rifle while holding the rifle with your finger off the trigger and simply slide your left hand from the lower handguard to the magazine. Grasp the magazine and press the magazine release lever with your thumb. (See Illustration #9.) You will now be able to rotate the bottom of the magazine toward the muzzle end of the rifle and

Remove it from the magazine well in the receiver (see Illustration #10), point the rifle in a safe direction and work the operating handle as shown in Illustration #8 to remove the round that is in chamber.

*Illustration #9*



**Press the magazine release lever to remove the magazine.**

*Illustration #10*



**Removing the magazine.**

## To Fire the Rifle

1. Keeping the 10 Commandments of Shooting Safety in mind, aim the rifle down range at the target.
2. Release the safety lever by moving it fully downward until it points to the stamped letter "F" indicating the "FIRE" position on the receiver. (See Illustration #6.)
3. Align the sights on the target.
4. Place the trigger finger inside trigger guard and on the trigger.
5. Pull the trigger rearward to fire the first round.
6. Being a semi-automatic, after the first round is fired, the rifle's action (its moving parts) will cycle and as the bolt moves rearward, the extractor will pull the empty cartridge case from the chamber and eject it from the rifle. (Make sure there are no bystanders close by on either side who could be hit and injured by the ejected cartridge casing).



**WARNING!** If the trigger is again pressed, the rifle will fire! Keep rifle pointed in a safe direction.

7. Firing may be continued in this manner until the magazine is empty.
8. Remove the magazine from the rifle and check magazine for any remaining rounds. Pull the charging handle several times to confirm the chamber is empty and also visually confirm that the chamber is empty. Remove and store rounds of ammo separately from rifle in a place inaccessible to unauthorized persons.
9. When firing is finished, place the safety lever in its "ON" or "SAFE" position by rotating it fully upward to the horizontal position on the receiver. (See Illustration #5.)



**WARNING!** Always unload your rifle immediately after use and prior to cleaning and storage to minimize the risk of accidental discharge.

**WARNING!** The rifle will fire if the magazine is removed and if the trigger is pulled when a cartridge is in the chamber.

**WARNING!** Any firearm, if dropped, could fire if there is a cartridge in the chamber and the safety is in the "FIRE" position.

**WARNING!** If your rifle ever fails to fire, keep it pointed at the target for at least 30 seconds in the event of a hangfire (slow ignition). If a round still does not fire, remove magazine, eject and discard the bad round. Reload the rifle to resume firing.

## Field Stripping the Rifle



**WARNING!** Wear eye protection, such as shooting glasses or goggles when disassembling your firearm to protect your eyes from tensioned parts, such as springs, that could be dislodged during disassembly.



**WARNING!** Before beginning the disassembly process, check to ensure the firearm is unloaded. To do so, follow the procedures detailed previously in this manual.

1. Remove the magazine from the rifle. (See Illustrations #9 and #10.)
2. Move the safety lever to the "FIRE" position. Rotate the safety lever downward.
3. Check the rifle's chamber to ensure it does not contain a round.
4. While maintaining a safe muzzle direction, remove the receiver cover by holding the rifle in a secure position (across your lap, resting on a table, etc.) and grasping the forward part of the buttstock with your right hand. Press the receiver cover retainer button forward and into the hole on the rear of the receiver cover with your right thumb. Then raise the receiver cover from the back end first with your left hand. (See Illustration #11.)
5. Remove the recoil spring assembly from the rifle by holding the forward portion of the receiver with your left hand and pressing on the back of the receiver cover retainer button with your right hand until its rear face leaves the groove in the rear of the receiver. Lift the receiver cover retainer button and remove the recoil spring assembly from the bolt carrier channel. (See Illustration #12.)

*Illustration #11*           *Illustration #12*




6. Remove the bolt carrier and bolt from the rifle by holding the forward portion of the receiver with your left hand and the cocking handle with your right hand. Pull the bolt carrier and bolt to the rear as far as possible. Once the back of the bolt carrier contacts the back plate of the receiver, release forward pressure on the operating handle, this will allow the bolt carrier to move up and off the receiver rails. Lift the rear portion of the bolt carrier and remove it and the bolt from the receiver. (See Illustration #13.)
7. Remove the bolt from the bolt carrier by turning the bolt carrier over and holding it in your left hand. Rotate what is now the top of the bolt to the right and move it rearward with your right hand so that the guide lug on the bolt leaves the channel in the bolt carrier. You can now remove the bolt from the bolt carrier by moving it forward and out of its guide hole. (See Illustration #14.)

*Illustration #13*



*Illustration #14*



8. Remove the gas tube assembly and upper handguard from the rifle by holding the forward portion of the receiver with your left hand and rotating the gas tube lock arm upward until the flat face of the gas tube lock is vertical with your right hand. Then lift the gas tube end vertically out of its groove in the rear sight base and remove the front end of the gas tube from the gas block. (See Illustrations #15 and #16.)

*Illustration #15*



*Illustration #16*



NO FURTHER DISASSEMBLY IS REQUIRED.

## Rifle Reassembly
Reassemble your rifle by reversing disassembly steps 1-8 starting on page 10 of this manual.

## To Clean the Rifle
1. Obtain a quality firearm cleaning kit and thoroughly review its instructions provided.
2. To disassemble the firearm, refer to the disassembly section starting on page 10 of this manual.



**WARNING!** Handling ammunition and cleaning firearms results in exposure to lead and other substances that can pose health risks. Wash your hands and face after firing your firearm or after cleaning it.

**WARNING!** This firearm should be checked periodically for worn or damaged parts by a competent gunsmith. This will help ensure its safe functioning and a long service life.

**WARNING!** You should wear eye protection, such as shooting glasses or goggles when cleaning firearms to protect your eyes from cleaning solvents, oil and tensioned parts, such as springs, that could become dislodged during the cleaning procedures.

**WARNING!** Excessive use of cleaning solvents or lubricants can adversely affect your firearm's functioning. Wipe the inside of the barrel dry before firing and ensure it is free of obstructions.

**WARNING!** Some cleaning solvents produce hazardous vapors. Read and follow the solvent manufacturer's cautions found on the product's package.

**WARNING!** There may be sharp edges on parts of the firearm. Keep fingers protected, such as by wearing a pair of protective gloves when cleaning.

## Cleaning Intervals

Always clean your firearm as soon as possible after firing to prevent buildup of shooting residue and to prevent corrosion from starting. To maintain your firearm in good working order, it should be cleaned once or twice a year in low-humidity environments, even if it has not been fired. In a high-humidity area, it may be necessary to clean your firearm as often as once a week. The bore of the rifle does not have chrome lining. Oil the bore once cleaning is complete, especially if the rifle is to be stored long term. it will reduce the potential of corrosion building up. ***Note: In freezing weather (below 32° F. or 0° C.), the use of a dry lubricant (instead of oil) for lubrication may work better.***

## Storage

When putting your firearm away for storage, it should be thoroughly cleaned and lightly lubricated. Outside surfaces should be wiped with a light coat of good quality gun oil. CHECK TO ENSURE YOUR FIREARM IS UNLOADED BEFORE PUTTING IT AWAY FOR STORAGE BY VISUALLY EXAMINING BOTH ITS CHAMBER AND MAGAZINE. Store the firearm in a separate location from its ammunition, away from access of children and/or unauthorized individuals. When the firearm is to be reused, remove all excess lubrication before firing. Make certain that the bore (inside of barrel) is dry and free of obstructions before firing. ***Note: The use of reloaded, remanufactured, hand-loaded or other non-standard ammunition may result in damage to the firearm and injury or death to the shooter and/or bystanders. The manufacturer and importer cannot accept responsibility for malfunctions resulting from the use of non-standard, defective ammunition.***



**Polish 1960 Semi-Auto Rifle, Cal. 7.62x39mm**
Distributed by:
**Century International Arms, Inc.**
**236 Bryce Boulevard, Fairfax, VT 05454**
**www.centuryarms.com**
**Sales: 1.800.527.1252 - 561.265.4530**