

**NASSAU Sporting Goods**

200 SPRING DRIVE • ST. CHARLES, MO 63303
(636) 946-4141

Date: 7-30-11

**SOLD TO**
Name: James Steven Erickson
Address:
City/State:
Telephone:
ID or #:

FORM 4472:

| Mfg./Import | Model | Caliber | Description | Serial Nbr. | AMOUNT STILL OWES |
|---|---|---|---|---|---|
| Century | AK47 | 7.62x39 | N.R. | 196002814 | 659.95 |
| | | | | ~~Ammo~~ | ~~24.95~~ |
| | | | | Case | 24.95 |
| | | | | Case | 17.95 |

**TRADE-IN:**

Purchasers should read all safety manuals and follow safe shooting practices. Compliance with Federal, State, and Local laws are assumed by the purchaser.

**ALL SALES ARE FINAL**
No implied Warranties other than Manufacturers.

NO REFUNDS ON SPECIAL ORDERS OR WILL CALLS

Paid in full

Sub-Total: 734.85
Tax: 54.37
TOTAL: 789.22
PAYMENT: 789.22
AMOUNT DUE: 0

Permit #:
Buyer's Initials:

Purpose for purchase: ☐ Hunting   ☐ Recreational   ☐ Home Protection

**EXHIBIT E**