**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| J. STEVEN ERICKSON,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>  v.<br><br>Century International Arms, Corp.; Century Arms, Inc.; Century Arms of Vermont, Inc; and Century International Arms of Vermont, Inc.<br><br>*Defendants.* | Case No.: 9:16-cv-80095-KLR<br><br>**CLASS ACTION** |

**NOTICE OF FILING OF PROPOSED SUMMONS**

    Plaintiff, J. STEVEN ERICKSON, hereby provides this notice of filing Proposed Summons for issuance as to all Defendants.

Date:  January 21, 2016.

                                              Respectfully submitted,

                                              */s/ Angelo Marino, Jr.*
                                              Angelo Marino, Jr. (Florida Bar No. 151934)
                                              **ANGELO MARINO, JR., P.A.**
                                              645 S.E. 5th Terrace
                                              Ft. Lauderdale, Florida  33301
                                              Tel.:   (954) 765-0537
                                              Fax:   (954) 765-0545
                                              Email: amjrpamail@aol.com
                                                               amjrpa1@hotmail.com