AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| J. STEVEN ERICKSON, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br>v.<br>Century International Arms, Corp.; Century Arms, Inc.; Century Arms of Vermont, Inc.; and Century International Arms of Vermont, Inc.<br><br>*Defendant(s)* | Civil Action No. 09:16-cv-80095-KLR<br><br>#1513<br>JB 1/27/16<br>11:15 am |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Century Arms of Vermont, Inc.
c/o Michael Sucher
430 S. Congress Ave.
Suite 1
Delray Beach, FL 33445

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Angelo Marino, Jr., P.A.
645 SE 5th Terrace
Fort Lauderdale, FL 33301
Tel: (954) 765-0537
Fax: (954) 765-0545

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: January 22, 2016



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Lisa I. Streets
Deputy Clerk
U.S. District Courts

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of FL

Case Number: 09:16-CV-80095-KLR

**Plaintiff:**
J. Steven Erickson, individually and on behalf of all others similarly situated

vs.

**Defendant:**
Century International Arms, Corp.; Century Arms Inc.; Century Arms of Vermont, Inc.; and Century International Arms of Vermont, Inc.

**For:**
Angelo Marino
Angelo Marino Jr, Esq
645 S.E. 5th Ter
Ft Lauderdale, FL 33301

Received by Advantage Messenger & Process on the 26th day of January, 2016 at 11:41 am to be served on **Century Arms Of Vermont, Inc. c/o Michael Sucher, 430 S Congress Ave, Ste 1, Delray Beach, FL 33445.**

I, James A Burns, do hereby affirm that on the **27th day of January, 2016 at 11:15 am**, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Class Action Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Lyn Howell as Secretary A/T/A For Michael Sucher** for Century Arms Of Vermont, Inc., at the address of: **430 S Congress Ave, Ste 1, Delray Beach, FL 33445**, and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 50, Sex: F, Race/Skin Color: White, Height: 5' 6", Weight: 128, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction which the process was served. Under penalty of perjury, I declare that I have read the foregoing Affidavit of Service and that the facts stated in it are true.             NOTARY
NOT REQUIRED PURSUANT TO F.S.92.525(2).


James A Burns
1513

Advantage Messenger & Process
7378 W Atlantic Blvd
Ste 113
Margate, FL 33063
(954) 818-6555
Our Job Serial Number: AMV-2016000279

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

