# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

J. STEVEN ERICKSON,

Individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

Century International Arms, Corp.; Century Arms, Inc.; Century Arms of Vermont, Inc; and Century International Arms of Vermont, Inc.

*Defendants*

Case No. 09:16-CV-80095-KLR

**CLASS ACTION**

## PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE ON DEFENDANT CENTURY INTERNATIONAL ARMS OF VERMONT, INC.

COMES NOW, Plaintiff, individually and on behalf of all others similarly situated, and hereby files this Notice of Filing Proof of Service as to Defendant, CENTURY INTERNATIONAL ARMS OF VERMONT, INC., on or about January 27th, 2016, at 11:15 a.m.

The attached Proof of Service was executed by Advantage Messenger & Process.

Date:  February 5, 2016

Respectfully submitted,

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
**ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:       (954) 765-0537
Fax:       (954) 765-0545
Email:    amjrpamail@aol.com
             amjrpa1@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing "**Plaintiff's Notice of Filing Proof of Service"** is being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr.
**ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:    (954) 765-0537
Fax:    (954) 765-0545
Email:    amjrpamail@aol.com
           amjrpa1@hotmail.com

*Lead Counsel for Plaintiff*