# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:16-80095-CIV-RYSKAMP/HOPKINS

| | |
|---|---|
| J. STEVEN ERICKSON, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTURY INTERNATIONAL ARMS, CORP.; CENTURY ARMS, INC.; CENTURY ARMS OF VERMONT, INC.; and CENTURY INTERNATIONAL ARMS OF VERMONT, INC.,<br><br>        Defendants. | CLASS ACTION |

### CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO FILE AN AMENDED COMPLAINT

Pursuant to Local Rule 7.1(A)(3) of the Southern District of Florida Local Rules ("Local Rule"), Plaintiff and Defendants Century International Arms, Corp., Century Arms, Inc., Century Arms of Vermont, Inc., and Century International Arms of Vermont, Inc. ("Century" or collectively, "Defendants"), by and through their undersigned counsel, respectfully request that this Honorable Court enter an Order (1) extending the time to answer, plead, or otherwise respond to Plaintiff's Complaint for a period of twenty days, up to and including March 8, 2016 and (2) permitting Plaintiff to file an Amended Complaint by March 8, 2016.  In support of this consent motion, the parties state as follows:

    1.    Plaintiff's Summons and Complaint was served on Defendants on January 27, 2016.  (Dkt. No. 10-13.)

2. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure ("Rule"), the deadline to answer or otherwise respond to the Complaint is presently February 16, 2016.  (Ibid.)

3. Counsel for Plaintiff and counsel for Defendants have conferred regarding this matter, and Plaintiff's counsel apprised Defendant's counsel of an intent to file an Amended Complaint in order to amend the allegations, potential claims, and class representatives.

4. As such, in an effort to conserve judicial resources, to avoid the unnecessary expenditure of time, and to permit Plaintiff sufficient time to file and serve an amended pleading, Plaintiff consented to extending Defendants' time to answer or respond to the Complaint for a period of twenty (20) days (until March 8, 2016) and Defendants consented to Plaintiff filing an Amended Complaint in accordance with Rule 15(a)(2) on or before March 8, 2016.

5. Accordingly, Plaintiff and Defendants respectfully move this Honorable Court and respectfully request that an Order be entered which (1) extends the time for Defendants to answer or otherwise respond to the Complaint until March 8, 2016 and (2) permits Plaintiff to file an Amended Complaint by March 8, 2016.

6. The parties also request that if Plaintiff files an Amended Complaint by March 8, 2016, pursuant to Rule 15(a)(3), Defendants be afforded twenty-one days after service of the amended pleading to file an answer or otherwise respond to the Amended Complaint.

7. No previous similar extensions have been sought by either party in this matter.

8. This Consent Motion is brought in good faith, with an intent to conserve judicial resources and avoid unnecessary court filings, and is not sought for any dilatory purpose. Neither the parties nor the administration of justice will be prejudiced by the granting of this Consent Motion.

9. Pursuant to Rule 7.1(A)(2) a proposed form of Order is attached.

**WHEREFORE,** Defendants respectfully requests that the instant Consent Motion be granted; that Defendants' time to answer or respond to the Complaint (Dkt. No. 1) be extended up to and including March 8, 2016; and that Plaintiff be allowed to file an Amended Complaint by March 8, 2016.

### CERTIFICATE OF PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(A)(3), the undersigned certifies that he has conferred in good faith with counsel for Plaintiff regarding the above-referenced matters. Counsel for the parties conferred via electronic mail on February 12, 2016 and via telephonic conference call on February 16, 2016.

Submitted this 16th day of February 2016.

                              Respectfully submitted,

By: s/Ryan L. Erdreich
     Ryan L. Erdreich, Esq. (Florida Bar No.: 65712)
     rerdreich@pmlegalfirm.com
     PISCIOTTI MALSCH
     30 Columbia Turnpike, Suite 205
     Florham Park, New Jersey 07932
     Telephone: (973) 245-8100
     Facsimile:  (973) 245-8101

*Attorneys for Defendants Century International Arms, Corp., Century Arms, Inc., Century Arms of Vermont, Inc., and Century International Arms of Vermont, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of February 2016, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to, and constitutes service upon, the following:

Angelo Marino, Jr., Esq.
Florida Bar No. 151934
Angelo Marino, Jr., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 3301
(954) 765-0537
amjrpamail@aol.com
amjrpal@hotmail.com

By: s/Ryan L. Erdreich
Ryan L. Erdreich, Esq.
Florida Bar No.: 65712
rerdreich@pmlegalfirm.com

*Attorneys for Defendants*