SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-80095-CIV-RYSKAMP/HOPKINS

J. STEVEN ERICKSON, Individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

CENTURY INTERNATIONAL ARMS, CORP.; CENTURY ARMS, INC.; CENTURY ARMS OF VERMONT, INC.; and CENTURY INTERNATIONAL ARMS OF VERMONT, INC.,

    Defendants.

CLASS ACTION

## ORDER ON CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO FILE AN AMENDED COMPLAINT

This cause having come before the Court on the Consent Motion for Extension of Time to Respond to Plaintiff's Complaint and to File an Amended Complaint, and the Court being fully advised of the issues at hand, it is hereby:

**ORDERED AND ADJUDGED** that:

1.    The Consent Motion is hereby **GRANTED**.

2.    Pursuant to Rule 12, Defendants shall file an answer or response to Plaintiff's Complaint by March 8, 2016.

3.    Pursuant to Rule 15(a)(2), Plaintiff shall file an Amended Complaint by March 8, 2016.

4.    If Plaintiff files an Amended Complaint by that date, pursuant to Rule 15(a)(3), Defendants shall have twenty-one days after service of the amended pleading to file an answer or otherwise respond to the Amended Complaint

BY THE COURT:

_____
Honorable Kenneth L. Ryskamp
Senior United States District Judge
Southern District of Florida