UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-80095-CIV-RYSKAMP/HOPKINS

J. STEVEN ERICKSON, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CENTURY INTERNATIONAL ARMS, CORP.; CENTURY ARMS, INC.; CENTURY ARMS OF VERMONT, INC.; and CENTURY INTERNATIONAL ARMS OF VERMONT, INC.,

    Defendants.

CLASS ACTION

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of ANTHONY MICHAEL PISCIOTTI, ESQ. and DANNY CHARLES LALLIS, ESQ., Pisciotti Malsch, P.C., 30 Columbia Turnpike, Suite 205, Florham Park, NJ 07932, Telephone: (973) 245-8100, and JEFFREY MARTIN MALSCH, ESQ., Pisciotti Malsch, P.C., 445 Hamilton Avenue, Suite 1102, White Plains, NY 10601, Telephone: (914)287-7711, for purposes of appearance as counsel on behalf of Defendants, Century International Arms, Corp.; Century Arms, Inc.; Century Arms of Vermont, Inc.; and Century International Arms of Vermont, Inc. ("Century"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Anthony Michael Pisciotti, Esq., Danny Charles Lallis, Esq. and Jeffrey Martin Malsch, Esq. to

Case No.: 9:16-CV-80095-KLR

receive electronic filings in this case, and in support thereof states as follows:

1. Anthony Michael Pisciotti, Esq., is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Court of Appeals, Supreme Court of New Jersey, Supreme Court of Pennsylvania, U.S.D.C. Eastern District of New York, U.S.D.C. Southern District of New York, U.S.D.C. Northern District of New York, U.S.D.C. Western District of New York, U.S.D.C. District of New Jersey, U.S.D.C. District of Colorado, U.S.D.C. Eastern District of Pennsylvania, U.S.D.C. Middle District of Pennsylvania and U.S.D.C. Western District of Michigan. Attached hereto as **Exhibit A** is a true and correct copy of Mr. Pisciotti's certificate of admission and good standing from the New York Supreme Court, Appellate Division.

2. In accordance with the local rules of this Court, Anthony Michael Pisciotti, Esq., has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto as **Exhibit B**.

3. Anthony Michael Pisciotti, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Anthony Michael Pisciotti, Esq., at email address: apisciotti@pmlegalfirm.com.

4. Jeffrey Martin Malsch, Esq., is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Court of Appeals, Supreme Court of Connecticut, U.S.D.C. Eastern District of New York, U.S.D.C. Southern District of New York, U.S.D.C. Northern District of New York, U.S.D.C. Western District of New York, U.S.D.C. District of Colorado and U.S.D.C. Western District of Michigan. Attached hereto as **Exhibit C**

Case No.: 9:16-CV-80095-KLR

is a true and correct copy of Mr. Malsch's certificate of admission and good standing from the New York Supreme Court, Appellate Division.

5. In accordance with the local rules of this Court, Jeffrey Martin Malsch, Esq., has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto as **Exhibit D**.

6. Jeffrey Martin Malsch, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Jeffrey Martin Malsch, Esq., at email address: jmalsch@pmlegalfirm.com.

7. Danny Charles Lallis, Esq., is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Court of Appeals, Supreme Court of New Jersey, U.S.D.C. Eastern District of New York, U.S.D.C. Southern District of New York, U.S.D.C. Northern District of New York, and U.S.D.C. District of New Jersey. Attached hereto as **Exhibit E** is a true and correct copy of Mr. Lallis' certificate of admission and good standing from the New York Supreme Court, Appellate Division.

8. In accordance with the local rules of this Court, Danny Charles Lallis, Esq., has made payment of this Court's $75.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto as **Exhibit F**.

9. Danny Charles Lallis, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Danny C. Lallis, Esq., at email address: dlallis@pmlegalfirm.com.

10. Movant, Ryan L. Erdreich, Esq., of the law firm of Pisciotti Malsch, P.C., 30 Columbia Turnpike, Suite 205, Florham Park, NJ 07932, Telephone: (973)245-8100, is a

Case No.: 9:16-CV-80095-KLR

member of the bar of this Court, is authorized to file through the Court's electronic filing system, is a party with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, is a party with whom filings shall be served, and will electronically file and serve all documents and things that may be filed and served electronically, and will be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.

11. WHEREFORE, Ryan L. Erdreich, Esq., moves this Court to enter an Order allowing Anthony Michael Pisciotti, Esq., Jeffrey Martin Malsch, Esq., and Danny Charles Lallis, Esq. to appear before it on behalf of Defendants, CENTURY INTERNATIONAL ARMS, CORP.; CENTURY ARMS, INC.; CENTURY ARMS OF VERMONT, INC.; AND CENTURY INTERNATIONAL ARMS OF VERMONT, INC.; for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Anthony Michael Pisciotti, Esq., Jeffrey Martin Malsch, Esq., and Danny Charles Lallis, Esq.

DATED this 26th day of February, 2016.

Respectfully submitted,

By: _____
Ryan L. Erdreich, Esq. (Florida Bar No.: 65712)
rerdreich@pmlegalfirm.com
PISCIOTTI MALSCH
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Telephone: (973) 245-8100
Facsimile: (973) 245-8101

*Attorneys for Defendants Century International Arms, Corp., Century Arms, Inc., Century Arms of Vermont, Inc., and Century International Arms of Vermont, Inc.*

Case No.: 9:16-CV-80095-KLR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of February 2016, we filed with the Clerk of Court and served upon opposing counsel the foregoing by U.S. mail.

Angelo Marino, Jr., Esq.
Florida Bar No. 151934
Angelo Marino, Jr., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
Office: (954) 765-0537
amjrpamail@aol.com
amjrpal@hotmail.com
*Attorneys for Plaintiff*

Ryan L, Erdreich ESQ.