UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16- 80095-CIV-RYSKAMP/HOPKINS

J. STEVEN ERICKSON, Individually and on behalf of all others similarly situated,

      Plaintiff,

  v.

CENTURY INTERNATIONAL ARMS, CORP.; CENTURY ARMS, INC.; CENTURY ARMS OF VERMONT, INC.; and CENTURY INTERNATIONAL ARMS OF VERMONT, INC.,

      Defendants.

**CLASS ACTION**

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

Pursuant to Local Rule 7.1(A)(3) of the Southern District of Florida Local Rules ("Local Rule"), Plaintiff and Defendants Century International Arms, Corp., Century Arms, Inc., Century Arms of Vermont, Inc., and Century International Arms of Vermont, Inc. ("Century" or collectively, "Defendants"), by and through Plaintiff's undersigned counsel, respectfully request that this Honorable Court enter an Order: (1) granting Plaintiff an extension of time for a period of ten days, up to and including March 18, 2016, for Plaintiff to file an Amended Complaint; (2) granting Defendants an extension until March 19, 2016 to answer, plead, or otherwise respond to Plaintiff's Complaint should Plaintiff elect not to file an Amended Complaint; and (3) extending Defendants' time to answer, plead, or otherwise respond to Plaintiff's Amended Complaint, if filed, to twenty-one days after service of the Amended Complaint. In support of this consent motion, the parties state as follows:

1.  Plaintiff's Summons and Complaint was served on Defendants on January 27, 2016. (Dkt. No. 10-13.)

2.  The parties previously filed a Consent Motion to extend the time to respond to Plaintiff's Complaint and to file an Amended Complaint. (Dkt. No. 14.)

3.  The Court granted the parties' request and signed an Order granting the extension on February 18, 2016. (Dkt. No. 16.) The Order of February 18, 2016, granted Defendant until March 8, 2016, to file an answer or response to Plaintiff's Complaint and pursuant to Rule 15(a)(2), granted Plaintiff until March 8, 2016 to file an Amended Complaint.

4.  Counsel for Plaintiff and counsel for Defendants have conferred regarding this matter, and Plaintiff's counsel has requested certain product information from Defendants' counsel that when produced, would allow for more detail in the pleadings, prevent the need for unnecessary amendments to the Complaint and expedite the pleading and discovery process. The parties are in the process of exchanging the information to make the necessary amendments to the Complaint. It is absolute that the information received will require Plaintiff to amend the Complaint.

5.  As such, in an effort to conserve judicial resources, to avoid the unnecessary expenditure of time, and to permit Plaintiff sufficient time to file and serve an amended pleading, Defendants consented to Plaintiff filing an Amended Complaint in accordance with Rule 15(a)(2) on or before March 18, 2016.

6.  Accordingly, Plaintiff and Defendants respectfully move this Honorable Court and respectfully request that an Order be entered which permits Plaintiff to file an Amended Complaint by March 18, 2016.

7. The parties also request that since Plaintiff will be filing an Amended Complaint by March 18, 2016, pursuant to Rule 15(a)(3), Defendants be afforded twenty-one days after service of the amended pleading to file an answer or otherwise respond to the Amended Complaint.

8. This Consent Motion is brought in good faith, with the intent to conserve judicial resources and avoid unnecessary court filings, and is not sought for any dilatory purpose. Neither the parties nor the administration of justice will be prejudiced by the granting of this Consent Motion.

9. Pursuant to Rule 7.1(A)(2) a proposed form of Order is attached.

**WHEREFORE,** Plaintiff respectfully requests that the instant Consent Motion be granted and that Plaintiff be allowed to file an Amended Complaint up to and including March 18, 2016.

## **CERTIFICATE OF PRE-FILING CONFERENCE**

Pursuant to Local Rule 7.1(A)(3), the undersigned certifies that he has conferred in good faith with counsel for Plaintiff regarding the above-referenced matters.  Counsel for the parties conferred via electronic mail on March 4, 2016 and via telephonic conference call on March 7, 2016.

Submitted this 7th day of March 2016.

                Respectfully submitted,

                **Angelo Marino, Jr. P.A.**
                645 S.E. 5th Terrace
                Ft. Lauderdale, Florida 33301
                (954) 765-0537
                (954) 765-0545 (facsimile)

          By:  s/Angelo Marino, Jr.
              Angelo Marino, Jr., Esq.
              Florida Bar No. 151934
              amjrpamail@aol.com
              amjrpal@hotmail.com

              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of March 2016, he electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to, and constitutes service upon, the following:

**PISCIOTTI MALSCH**
Ryan L. Erdreich, Esq.
Florida Bar No.: 65712
rerdreich@pmlegalfirm.com
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
(973) 245-8100
(973) 245-8101 (facsimile)

*Attorneys for Defendants*

                                        By:   s/Angelo Marino, Jr.
                                                Angelo Marino, Jr., Esq.
                                                Florida Bar No. 151934
                                                Angelo Marino, Jr., P.A.
                                                645 S.E. 5th Terrace
                                                Ft. Lauderdale, Florida 33301
                                                (954) 765-0537
                                                (954) 765-0545
                                                amjrpamail@aol.com
                                                amjrpal@hotmail.com

                                                *Attorneys for Plaintiff*