## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 9:16- 80095-CIV-RYSKAMP/HOPKINS

J. STEVEN ERICKSON, Individually and on behalf of all others similarly situated,

      Plaintiff,

  v.

CENTURY INTERNATIONAL ARMS, CORP.; CENTURY ARMS, INC.; CENTURY ARMS OF VERMONT, INC.; and CENTURY INTERNATIONAL ARMS OF VERMONT, INC.,

      Defendants.

CLASS ACTION

## ORDER ON CONSENT MOTION FOR EXTENSION OF TIME
## TO FILE AN AMENDED COMPLAINT

This cause having come before the Court on the Consent Motion for Extension of Time to File an Amended Complaint, and the Court being fully advised of the issues at hand, it is hereby:

**ORDERED AND ADJUDGED** that:

1.    The Consent Motion is hereby **GRANTED**.

2.    Pursuant to Rule 15(a)(2), Plaintiff shall file an Amended Complaint by March 18, 2016.

3.    Defendants shall have until March 19, 2016 to answer or otherwise respond to Plaintiff's original Complaint should Plaintiff elect not to file an Amended Complaint.

4.    Pursuant to Rule 15(a)(3), Defendants shall have twenty-one days after service of the amended pleading to file an answer or otherwise respond to the Amended Complaint.

BY THE COURT:

_____
Honorable Kenneth L. Ryskamp
Senior United States District Judge
Southern District of Florida