IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| J. STEVEN ERICKSON,<br><br>Individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>           v.<br><br>Century International Arms, Corp.; Century Arms, Inc.; Century Arms of Vermont, Inc; and Century International Arms of Vermont, Inc.<br><br>*Defendants* | **Case No. 09:16-CV-80095-KLR**<br><br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(1)

COMES NOW, the Plaintiff, J. STEVEN ERICKSON, individually and on behalf of all others similarly situated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(1) hereby voluntarily dismisses the above styled action as to all Defendants, without prejudice.

Respectfully submitted,

/s/ *Angelo Marino, Jr.*
Angelo Marino, Jr. (Florida Bar No. 151934)
**ANGELO MARINO, JR., P.A.**
645 S.E. 5th Terrace
Ft. Lauderdale, Florida  33301
Tel.:        (954) 765-0537
Fax:        (954) 765-0545
Email:     amjrpamail@aol.com
              amjrpa1@hotmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 18th day of March 2016, he electronically filed the foregoing document, **Notice of Voluntary Dismissal,** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to, and constitutes service upon, the following:

**PISCIOTTI MALSCH**
Ryan L. Erdreich, Esq.
Florida Bar No.:  65712
rerdreich@pmlegalfirm.com
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
(973) 245-8100
(973) 245-8101 (facsimile)

*Attorneys for Defendants*

By: s/Angelo Marino, Jr.
Angelo Marino, Jr., Esq.
Florida Bar No. 151934
Angelo Marino, Jr., P.A.
645 S.E. 5th Terrace
Ft. Lauderdale, Florida 33301
(954) 765-0537
(954) 765-0545
amjrpamail@aol.com
amjrpal@hotmail.com

*Attorneys for Plaintiff*