UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 16-CV-80095-RYSKAMP/HOPKINS

J. STEVEN ERICKSON,

    Plaintiff,

v.

CENTURY INTERNATIONAL ARMS, et al.,

    Defendants.
_____/

### ORDER CLOSING CASE

**THIS CAUSE** comes before the Court on Plaintiff's notice of voluntary dismissal without prejudice **[DE 21]**, filed on March 18, 2016. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 30 day of March 2016.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE